UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| **DANIEL EDWARDS LOPEZ,** | ) | | |
| | ) | | |
| **Petitioner,** | ) | | |
| | ) | | |
| v. | ) | Nos.: | 3:12-CR-018-PLR-HBG-1 |
| | ) | | 3:14-CV-054-PLR |
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Respondent.** | ) | | |

# O R D E R

In accordance with the accompanying memorandum opinion, the Court accepts and adopts the Report and Recommendation of United States Magistrate Judge H. Bruce Guyton [Doc. 62] in its entirety, Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. 41] is **DENIED**, and this action is **DISMISSED**. Petitioner's motion for a copy of the objections to the Report and Recommendation [Doc. 74] is **GRANTED** to the extent that the Clerk is **DIRECTED** to send Petitioner a copy of the filed objections [Doc. 70-1], if she has not already done so.

Further, as set forth in the accompanying memorandum opinion, Petitioner has not established that counsel was deficient. As such, Petitioner has failed to make a substantial showing of the denial of a constitutional right and a certificate of appealability **SHALL NOT ISSUE**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court will **DENY** Petitioner leave to proceed *in forma pauperis* on appeal.

1

E N T E R :

_____
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT:**

*/s/ Debra C. Poplin*
    **CLERK OF COURT**